**ETHICS AND GOVERNMENT ACT**   **— PRO SE CORPORATION**

FILED
Statesville, NC

# UNITED STATES DISTRICT COURT
for the

_Western_ District of _North Carolina_

SEP 11 2023

Clerk, US District Court
Western District of NC

_Statesville_ Division

**Robert W. Johnson,**
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

**Katherine Hord Simon, et al.**
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _3:23-cv-571-KDB_
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes  [ ] No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert W. Johnson
Address: 65 Sidney St.
Buffalo, NY 14211
County: Erie
Telephone Number: 315-992-2103
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Katherine Hord Simon
Job or Title (if known):
Address: 401 West Trade St., Room 1200
Charlotte, NC 28202
County: Mecklenburg
Telephone Number:
E-Mail Address (if known):

[X] Individual capacity   [X] Official capacity

Defendant No. 2
Name: Tammy H. Hightower
Job or Title (if known):
Address: 401 West Trade St., Room 1200
Charlotte, NC 28202
County: Mecklenburg
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

Defendant No. 3
  Name: Donald J. Trump
  Job or Title (if known):
  Address: 28 Liberty St., New York, NY 10005
  County: New York
  Telephone Number:
  E-Mail Address (if known):

  [X] Individual capacity   [X] Official capacity

Defendant No. 4
  Name: Facebook
  Job or Title (if known):
  Address: Headquarters 1 Hacker Way, Menlo Park, CA 94025
  County:
  Telephone Number:
  E-Mail Address (if known):

  [X] Individual capacity   [X] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  [X] Federal officials (a *Bivens* claim)
  [ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. Constitutional Rights & Due Process Rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant 5: Meta: 1 Hacker Way: Menlo Park, CA 94025.

Defendant 6: Rudy Giuliani: 28 Liberty St.: New York, NY 10005.

Defendant 7: John Eastman: 28 Liberty St.: New York, NY 10005.

Defendant 8: Mark Meadows: 28 Liberty St.: New York, NY 10005.

Defendant 9: Kenneth Chesebro: 28 Liberty St.: New York, NY 10005.

Defendant 10: Jeffrey Clark: 28 Liberty St.: New York, NY 10005.

Defendant 11: Jenna Ellis: 28 Liberty St.: New York, NY 10005.

Defendant 12: Ray Smith: 28 Liberty St.: New York, NY 10005.

Defendant 13: Robert Cheeley; 28 Liberty St.; New York, NY 10005.

Defendant 14: Cathleen Latham; 28 Liberty St.; New York, NY 10005.

Defendant 15: Scott Hall; 28 Liberty St.; New York, NY 10005.

Defendant 16: Stephen Lee; 28 Liberty St.; New York, NY 10005.

Defendant 17: Harrison Floyd; 28 Liberty St.; New York, NY 10005.

Defendant 18: Trevian Kutti; 28 Liberty St.; New York, NY 10005.

Defendant 19: Sidney Powell; 28 Liberty St.; New York, NY 10005.

Defendant 20: Misty Hampton; 28 Liberty St.; New York, NY 10005.

Defendant 21: Michael Roman: 28 Liberty St.; New York, NY 10005.

Defendant 22: David Shafer: 28 Liberty St.; New York, NY 10005.

Defendant 23: Shawn Still: 28 Liberty St.; New York, NY 10005.

Defendant 24: Vladimir Putin: Russia.

Defendant 25: Twitter: 1355 Market St.; #900; San Francisco, CA.

Defendant 26: Meta LLC.: 1 Hacker Way: Menlo Park, CA 94025.

Defendants:
Tammy H. Hightower, Donald J. Trump, Facebook, Meta, Rudy Giuliani, John Eastman, Mark Meadows, Kenneth Chesebro, Jeffrey Clark, Jenna Ellis, Ray Smith III, Robert Cheeley, Cathleen Latham, Scott Hall, Stephen Lee, Harrison Floyd, Trevian Kutti, Sidney Powell, Misty Hampton, Michael Roman, David Shafer, Shawn Still, Vladimir Putin, Twitter and Meta LLC.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All defendants committed white collar crimes, black collar crimes, identity theft, Ponzi Schemes & RICO Acts.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

All violations and Acts were committed in North Carolina and all other states.

B. What date and approximate time did the events giving rise to your claim(s) occur?

On 08/30/2023 Katherine Hord Simon & Tammy H. Hightower committed Ethics & Government Acts Robert W. Johnson & aided and abetted all defendants

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Katherine Hord Simon & Tammy H. Hightower are aiding and abetting all defendants in RICO ACT, identity theft & election fraud matters.

Page 4 of 6

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental & Physical Anguish; Shock of Conscience; Punitive Damages; Identity Theft.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$100,000,000.00 for punitive damages; Sanctions; Federal & State Prosecutions; 100% Ownership of All Defendants Assets and Properties; All other reliefs just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/05/2023

Signature of Plaintiff: *Robert W Johnson*

Printed Name of Plaintiff: Robert W Johnson

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 

*City*     *State*     *Zip Code*

Telephone Number: 
E-mail Address: