# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:23-CV-571-KDB-DCK

| | |
|---|---|
| **ROBERT W. JOHNSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **KATHERINE HORD SIMON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Admit Counsel For Plaintiff And Pro Se Corporation Violations Against Robert W. Johnson" (Document No. 4) filed September 22, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion without prejudice.

After a review of Plaintiff's motion, the undersigned cannot determine what relief Plaintiff seeks. Notably, the undersigned highlights that requirements for attorney admission before this Court are set forth in Local Civil Rule 83.1.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Admit Counsel For Plaintiff And Pro Se Corporation Violations Against Robert W. Johnson" (Document No. 4) is **DENIED without prejudice**.

**SO ORDERED**.

Signed: September 25, 2023

David C. Keesler
United States Magistrate Judge