# U.S. COURTS
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Robert W. Johnson,
  Plaintiff,

v.

Katherine Hord Simon, et al.,
  Defendants.

RICO ACT CRIMES
MOTION FOR RICO ACT CRIMES, ETHICS AND GOVERNMENT ACT, PRO SE CORPORATION, PONZI SCHEMES, DEFAULT JUDGEMENT

3:23-CV-00571

FILED
Statesville, NC
NOV - 6 2023
Clerk, US District Court
Western District of NC

Robert W. Johnson requests and demands the Courts to file RICO ACT CRIMES, Election Fraud, Ponzi Schemes, Bribes, Ethics And Government Act and Fraud. Robert W. Johnson requests a Default Judgement against all parties.

10/19/2023

# CERTIFICATE OF SERVICE

I, Robert W. Johnson, served a copy of RICO ACTS Motion For RICO ACT CRIMES, Ethics And Government Act, Pro Se Corporation, Ponzi Schemes & Default Judgement on 10/19/2023 upon:

1. Court Clerk: U.S. Courts:
   200 WEST BROAD ST: ROOM 304
   STATESVILLE, NC 28677.

10/19/2023

Robert W. Johnson